IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ROYNEISS DUGAN,** )<br>)<br>        **Plaintiff,** )<br>)<br>vs. )<br>)<br>**MEARL JUSTUS, et al.,** )<br>)<br>        **Defendants.** ) | CIVIL NO. 11-cv-1046-JPG |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). On December 20, 2011, Plaintiff was ordered to pay an initial partial filing fee of **$20.80** and to file an affidavit containing the information required under § 1915(a)(1) to enable the Court to evaluate his current resources to determine whether to defer collection of the remainder of the unpaid fee in the amount of $329.20 not later than January 4, 2012 (Doc. 10). This date has since passed and Plaintiff has not tendered the $20.80 initial partial filing fee nor has he filed the affidavit. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. **Fed.R.Civ.P.** 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED: January 9, 2012

                                                  *s/J. Phil Gilbert*
                                                **United States District Judge**