# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ROYNEISS DUGAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 11-cv-1046-JPG** |
| | ) | |
| **MEARL JUSTUS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). On December 20, 2011, Plaintiff was ordered to pay an initial partial filing fee of **$20.80** and to file an affidavit containing the information required under § 1915(a)(1) to enable the Court to evaluate his current resources to determine whether to defer collection of the remainder of the unpaid fee in the amount of $329.20 not later than January 4, 2012 (Doc. 10). This date has since passed and Plaintiff has not tendered the $20.80 initial partial filing fee nor has he filed the affidavit. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. **Fed.R.Civ.P.** 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED:  January 9, 2012**

_s/J. Phil Gilbert_
**United States District Judge**